*J. S. Brown,* for the appellant.

---

ALFRED T. LILLEY, ASSIGNEE OF SAMUEL PORTER, APPELLANT,

*vs.*

H. KELSEA, ASSIGNOR TO SELF AND HENRY DUNKLEE, APPELLEE. INTERFERENCE.

(Before MORSELL, J., District of Columbia, January, 1858.

STATEMENT OF THE CASE.

The invention in controversy in this case is the same as that involved in the case of Hill *v.* Dunklee (*ante* p. 475). The decision turned solely upon questions of fact, and is omitted.